**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7852**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DARRYL JAMISON,

                                        Defendant - Appellant.

───────────

**No. 99-6089**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DARRYL JAMISON,

                                        Defendant - Appellant.

───────────

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge;
Herbert N. Maletz, Senior Judge, sitting by designation. (CR-95-
39-WMN, CA-98-2643-HM)

───────────

Submitted:  April 15, 1999          Decided:  April 21, 1999

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Darryl Jamison, Appellant Pro Se.  Lisa M. Griffin, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl Jamison appeals the district court's orders denying his motion for imprisonment credit and his motions for clarification. We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm the district court's orders.  Jamison's motions to place this case in abeyance pending disposition of his motion filed pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) are denied.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>